In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00244-CV
_____


IN RE COMMITMENT OF WILLIAM CYRUS SCOTT

_____

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 11-10-10849-CV

_____

ORDER

Volumes 1 and 2 of the reporter's record, due September 10, 2012, have not been filed. Heather Deiss is responsible for preparing, certifying, and timely filing the reporter's record. *See* Tex. R. App. P. 35.3(b). On September 24, 2012, we informed the court reporter that the record must be filed within thirty days or the matter would be referred for an enforcement order. The court reporter failed to file the record by the due date.

It is, therefore, ORDERED that the appeal be ABATED and the cause REMANDED to the trial court for a hearing to determine why the reporter's record has

1

not been filed. *See* Tex. R. App. P. 37.3(a)(1). The trial court shall determine why the court reporter did not timely file the record, and may make such orders as shall be necessary to ensure the reporter's record is promptly filed. *See* Tex. R. App. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed."). A reporter's record shall be made of the hearing and, together with a supplemental clerk's record containing any findings or orders of the trial court, shall be filed with the Court of Appeals by November 26, 2012.

ORDER ENTERED October 25, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2